UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRAVIS GRAHAM,

     Plaintiff,

v.

WESLEY WILLIAMS, *et al.*,

     Defendants.

Case No. 25-cv-12208
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING IN PART DEFENDANTS' MOTION TO DISMISS (ECF No. 23)

On June 22, 2026, the Court held a hearing on Defendants' currently-pending motion to dismiss Plaintiff Travis Graham's Amended Complaint. (*See* Mot., ECF No. 23.)  For the reasons explained on the record during the hearing, the motion is **GRANTED IN PART** as follows:

- Graham's claims brought against the individual Defendants in their official capacities are **DISMISSED WITHOUT PREJUDICE**; and

- Graham's claims brought under the Eighth Amendment are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 22, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 22, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126